# In the
# United States Court of Appeals
## For the Eleventh Circuit

No. 23-10066

UNITED STATES OF AMERICA,

                                                                           Plaintiff-Appellee,

*versus*

ALEX NAIN SAAB MORAN,

                                                                           Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cr-20450-RNS-1

ORDER:

| 2 | Order of the Court | 23-10066 |

The motion for an extension of time to and including January 25, 2024 to file Appellant's reply brief is GRANTED,

                                      DAVID J. SMITH
                       Clerk of the United States Court of
                           Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION